I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY, ~~f-ff~~ Plaintiff
FIRST CLASS MAIL POSTAGE PREPAID, TO ~~ALL COUNSEL~~
~~(OR PARTIES)~~ AT THEIR RESPECTIVE MOST RECENT ADDRESS OF
RECORD IN THIS ACTION ON THIS DATE.

DATED: 1-10-12

DEPUTY CLERK

JS - 6  / **ENTERED**

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

**JAN 1 0 2012**

CENTRAL DISTRICT OF CALIFORNIA
BY                         DEPUTY

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

CHRISTOPHER MARSHALL,               ) Case No. CV 10-5910-JHN (JPR)
                                    )
            Plaintiff,              )
                                    )    **J U D G M E N T**
        vs.                         )
                                    )
L.A. COUNTY SHERIFF'S               )
DEP'T et al.,                       )
                                    )
            Defendants.             )
_____)

        In accordance with the Order Granting Defendants' Motion
to Dismiss and Dismissing Action for Failure to Prosecute,

        IT IS HEREBY ADJUDGED that this action is dismissed
without prejudice.

DATED: 1-9-12

                            _____
                            JACQUELINE H. NGUYEN
                            UNITED STATES DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

**JAN 1 0 2012**

CENTRAL DISTRICT OF CALIFORNIA
BY                         DEPUTY