1

I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY
FIRST CLASS MAIL POSTAGE PREPAID, TO ALL COUNSEL Plaintiff
(OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF
RECORD IN THIS ACTION ON THIS DATE.

2

3

DATED: ___1-10-12___

4

DEPUTY CLERK

JS - 6  / **ENTERED**

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

**JAN 10 2012**

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

5

6

7

UNITED STATES DISTRICT COURT

8

CENTRAL DISTRICT OF CALIFORNIA

9

10

CHRISTOPHER MARSHALL,                    ) Case No. CV 10-5910-JHN (JPR)
                                         )
11                          Plaintiff,   )
                                         )      **J U D G M E N T**
12                    vs.                )
                                         )
13     L.A. COUNTY SHERIFF'S             )
       DEP'T et al.,                     )
14                                       )
                            Defendants.  )
15     ──────────────────────────────── )

16

17          In accordance with the Order Granting Defendants' Motion

18    to Dismiss and Dismissing Action for Failure to Prosecute,

19          IT IS HEREBY ADJUDGED that this action is dismissed

20    without prejudice.

21

22    DATED: 1-9-12

23                                    JACQUELINE H. NGUYEN
                                      UNITED STATES DISTRICT JUDGE

24

25

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

26

27

**JAN 10 2012**

28

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY